**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

SUSAN M. SMALLEY
CHIEF U.S. PROBATION OFFICER

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ
(609) 989-2071
FAX: (609) 989-2367

May 18, 2023

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

Honorable Douglas E. Arpert
United States Magistrate Judge
Clarkson S. Fisher United States Courthouse
402 East State Street
Trenton, New Jersey 08608

CR15-359(MAS)

**RE: Bernard Smith Location Monitoring Installation**

Dear Judge Arpert:

Bernard Smith appeared before Your Honor for an Initial Appearance for a Violation of Supervised Release on May 11, 2023. At that time Mr. Smith remained detained while awaiting the Probation Office approving a new residence for supervision purposes. On May 12, 2023, the Probation Office met with Mr. Smith's girlfriend, verified the address and advised the Court and attorneys the new address has been approved.

On May 15, 2023, Your Honor endorsed an Order Setting Conditions of Release with conditions including Mr. Smith residing with third party custodian (Josalyn McGee) including location monitoring and a curfew.

Mr. Smith was released from custody on the evening of May 16, 2023, and failed to notify the Probation Office. We learned of Mr. Smiths' release after seeking him out on May 17, 2023, to establish the location monitoring. Due to motor vehicle and transportation problems, Mr. Smith was not able to report to the Camden, United States Courthouse on May 17, 2023 for the installation of location monitoring equipment. On May 18, 2023, the Probation Office confirmed problems with the wheel rim and tire of Mr. Smith's vehicle.

The Probation Office respectfully requests Your Honor allow the installation of location monitoring equipment on May 19, 2023, at Mr. Smith's residence. Your Honor will be notified of any changes to the installation or any additional non-compliance involving Mr. Smith.

Should Your Honor require additional information, please contact the undersigned at 973-223-0371. Thank you for your consideration.

Respectfully submitted,

SUSAN M. SMALLEY,
Chief U.S. Probation Officer

By: Blair C. Janulis
U.S. Probation Officer

/ bcj

APPROVED:

_____  5/18/2023
Steven Alfrey                Date
Supervising U.S. Probation Officer

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Allow location monitoring installation on May 19, 2023 (as recommended by the Probation Office)

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

5/18/2023
Date